**Order entered January 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00939-CV

**JACK LAGOS, Appellant**

**V.**

**PLANO ECONOMIC DEVELOPMENT BOARD, INC., PHIL DYER AND SALLY BANE, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00663-2013**

## ORDER

Before the Court is appellees' January 13, 2015, motion for extension of time to file appellees' brief. We **GRANT** the motion and **ORDER** appellees to file their brief no later than February 16, 2015.

/s/     CRAIG STODDART
        JUSTICE